FILED

10/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0335

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0335

_____

LARRY JAMES LEPPEK,

     Plaintiff and Appellant,

  v.                                  O R D E R

EVELYN MAE SHUEY,

     Defendant and Appellee.

_____

On August 31, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2022